OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 15, 2023

Kathryn Faris
City of Philadelphia
Law Department
1515 Arch Street
Philadelphia, PA 19102

Robert J. Foster
Reger Rizzo & Darnall
2929 Arch Street
Cira Centre, 13th Floor
Philadelphia, PA 19104

Katelyn L. Mays
Ahmad Zaffarese
One S Broad Street
Suite 1810
Philadelphia, PA 19107

Aaron Shotland
Rosenbaum & Associates
1818 Market Street
Suite 3200
Philadelphia, PA 19103

RE: JoAnn Fonzone v. Joe Oteri, et al
Case Number: 23-2261
District Court Case Number: 5-12-cv-05726

Dear Counsel:

Pursuant to our docketing letter dated **July 13, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936
cc: Ms. JoAnn Fonzone,
Zachary G. Strassburger, Esq.